UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2015 AUG -7 PM 3:07

FOLEY VADEN, III,
an individual,

    Plaintiff,

v.

Case No. 6:15-CV-1315-ORL-28TBS

HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY,
a foreign corporation,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW INTO COURT, comes Plaintiff, Foley Vaden, III, by and through undersigned counsel, and hereby sues Defendant, Hartford Life & Accident Insurance Company, and for a cause of action states as follows:

### JURISDICTION

1. This is a cause of action in which there is diversity of citizenship of the parties and the amount in controversy exceeds $75,000.00.

### VENUE

2. At all times material hereto Defendant was doing business within the Middle District of Florida, out of which business this cause of action arises.

### PARTIES

3. Plaintiff, Foley Vaden, III, is a citizen of the State of Florida and is physically domiciled in the County of Seminole. Plaintiff is an individual of the full age of majority.

4. Defendant, Hartford Life & Accident Insurance Company, a foreign corporation, is a corporation organized pursuant to the laws of the State of Connecticut which, on information

and belief, has a principal place of business in Hartford, Connecticut, as evidenced by the course of dealings between the parties leading up to the filing of the instant cause of action, and the information concerning "principal address" on the documentation of the Secretary of State of the State of Florida, a copy of which is attached hereto as Composite Exhibit A.

## COUNT I

5. At all times material hereto, Plaintiff was a self employed Refrigeration Contractor. During the time of that employment, Plaintiff, in his individual capacity, contracted with Defendant for issuance of a Long Term Disability Insurance Policy (hereinafter the "Policy"). A copy of the Policy is attached hereto as Composite Exhibit B.

6. Plaintiff became disabled, as that term is defined in the Policy, on or about July 1, 2012.

7. Plaintiff timely submitted a claim for payment of the Long Term Disability benefits provided by the Policy issued by Defendant.

8. Defendant issued an "adverse benefits determination" letter denying benefits whereby it contended that it was unable to confirm nor deny Plaintiff's level of functionality from his cessation of work. Defendant stated it needed additional information to determine if Plaintiff was entitled to benefits.

9. Plaintiff, through undersigned counsel, submitted an Administrative Appeal of that Adverse Benefits Determination on August 27, 2014. Defendant sent a letter confirming receipt of the Administrative Appeal and requesting even more additional documentation which it claimed to need.

10. The documentation requested by Defendant was provided to Defendant on April 29, 2015.

11. Plaintiff has made demand upon Defendant to render its benefits determination.

12. Despite submittal of all documentation requested by Defendant, Defendant has failed and refused to timely render a benefits determination in response to Plaintiff's claim for benefits and the above referenced Administrative Appeal. No benefit determination has been received by Plaintiff as of the time of the filing of this Complaint.

13. Plaintiff is, and for all periods of time material hereto has been, totally disabled, as that term is defined in the Policy, and entitled to payment of Long Term Disability benefits as provided for by the Policy, for the time period called for therein.

14. All conditions precedent to the bringing of this cause of action have been met or waived by Defendant.

15. Plaintiff has complied with all appeal procedures and submitted all documentation required by the Defendant, to no avail.

16. Plaintiff is entitled to Long Term Disability benefits from on or about July 1, 2012 to date and continuing in the amount provided for by the Policy.

17. Plaintiff has retained the law firm of Herbert M. Hill, P.A. and has agreed to pay a reasonable fee for services rendered in this matter.

**TRIAL BY JURY** on all issues so triable is hereby demanded.

WHEREFORE, Plaintiff prays for entry of a Judgment in her favor awarding the relief outlined in paragraph 16 above and for interest, attorney's fees and costs.

DATED: August 7, 2015

Herbert M. Hill, Esquire of
Herbert M. Hill, P.A. as
Trial Counsel for Plaintiff
Florida Bar No. 328464
Post Office Box 2431
Orlando, FL 32802
Office:  407/839-0005
Fax:     407/839-1118
Email:  hmh@herbertmhill.com